1  Matthew J. Matern (CA SBN 159798)
   mmatern@maternlawgroup.com
2  Joshua D. Boxer (CA SBN 226712)
   jboxer@maternlawgroup.com
3  Neil M. Larsen (CA SBN 276490)
   nlarsen@maternlawgroup.com
4  **MATERN LAW GROUP, PC**
   1230 Rosecrans Avenue, Suite 200
5  Manhattan Beach, California 90266
   Telephone:  (310) 531-1900
6  Facsimile:  (310) 531-1901

7  Attorneys for Plaintiff
   NINA REJUSO individually and on behalf
8  of others similarly situated and aggrieved

9  SHANNON R. BOYCE (CA SBN 229041)
   sboyce@littler.com
10 **LITTLER MENDELSON, P.C.**
   2049 Century Park East, 5th Floor
11 Los Angeles, California 90067-3107
   Telephone:  (310) 553-0308
12 Facsimile:  (310) 553-5583

13 Attorneys for Defendants
   BROOKDALE SENIOR LIVING INC.,
14 BROOKDALE SENIOR LIVING
   COMMUNITIES, INC., BROOKDALE LIVING
15 COMMUNITIES, INC., and BKD PERSONAL
   ASSISTANCE SERVICES, LLC

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NINA REJUSO individually and on behalf of others similarly situated and aggrieved,<br><br>Plaintiff,<br><br>v.<br><br>BROOKDALE SENIOR LIVING COMMUNITIES, INC. a Delaware corporation; BROOKDALE SENIOR LIVING, INC. a Delaware corporation; BROOKDALE LIVING COMMUNITIES, INC. a Delaware corporation; BKD PERSONAL ASSISTANCE SERVICES, LLC, a Delaware limited liability company, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:17-cv-05227 DMG (RAOx)<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)**<br><br>[*Filed concurrently with [Proposed] Order*]<br><br>Action Filed:   July 17, 2017<br>Trial Date:     None Set |

JOINT STIPULATION FOR DISMISSAL

**TO THE HONORABLE COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff NINA REJUSO ("Plaintiff") and Defendants BROOKDALE SENIOR LIVING INC., BROOKDALE SENIOR LIVING COMMUNITIES, INC., BROOKDALE LIVING COMMUNITIES, INC., and BKD PERSONAL ASSISTANCE SERVICES, LLC ("Defendants") (collectively, the "Parties"), by and through their respective and undersigned counsel, hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) as follows:

**WHEREAS**, on July 14, 2017, Plaintiff filed her complaint in the United States District Court for the Central District of California, Case No. 17-cv-5227-DMG, which included class action claims under the California Labor Code, along with claims under California's Private Attorneys General Act (the "PAGA Lawsuit");

**WHEREAS**, on May 22, 2019, the Court granted Defendants' motion to compel arbitration in the PAGA Lawsuit and ordered Plaintiff's individual Labor Code claims to arbitration and stayed Plaintiff's PAGA claim pending completion of the individual arbitration;

**WHEREAS**, the Parties have agreed to settle any and all claims arising out of Plaintiff's employment relationship with Defendants;

**NOW THEREFORE**, subject to approval of the Court, the Parties hereby stipulate and agree that Plaintiff's individual claims shall be dismissed with prejudice and Plaintiff's PAGA claim shall be dismissed without prejudice.

**IT IS SO STIPULATED.**

DATED: October 22, 2020                    Respectfully Submitted,

                                           **MATERN LAW GROUP, PC**


                                           By: _/s/ Neil M. Larsen_____
                                           MATTHEW J. MATERN
                                           JOSHUA D. BOXER
                                           NEIL M. LARSEN

                                           Attorneys for Plaintiff
                                           NINA REJUSO individually and on behalf of others similarly situated and aggrieved

DATED: October 22, 2020                     **LITTLER MENDELSON, P.C.**

By: /s/ *Shannon R. Boyce*
SHANNON R. BOYCE

Attorneys for Defendants
BROOKDALE SENIOR LIVING INC., BROOKDALE SENIOR LIVING COMMUNITIES, INC., BROOKDALE LIVING COMMUNITIES, INC., and BKD PERSONAL ASSISTANCE SERVICES, LLC

**SIGNATURE ATTESTATION**

I, Shannon R. Boyce, am the ECF User whose identification and password are being used to file this Joint Stipulation. In compliance with Local Rule 5-4.3.4, I hereby attest that all signatories hereto concurred in and authorized this filing.

/s/ *Shannon R. Boyce*

4819-2330-7469.1 093530.1002

3

JOINT STIPULATION FOR DISMISSAL