UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NINA REJUSO individually and on behalf of others similarly situated and aggrieved,<br><br>Plaintiff,<br><br>v.<br><br>BROOKDALE SENIOR LIVING COMMUNITIES, INC. a Delaware corporation; BROOKDALE SENIOR LIVING, INC. a Delaware corporation; BROOKDALE LIVING COMMUNITIES, INC. a Delaware corporation; BKD PERSONAL ASSISTANCE SERVICES, LLC, a Delaware limited liability company, and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No.: CV 17-5227-DMG (RAOx)<br><br>**ORDER ON JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A) [61]** |

The Court, having read and considered the Parties' JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A), and good cause appearing,

IT IS HEREBY ORDERED that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned action is dismissed, with prejudice, as to Plaintiff's individual claims. Plaintiff's PAGA claim shall be dismissed without prejudice, with each party to bear its own respective costs of suit and attorneys' fees.

**IT IS SO ORDERED.**

DATED: October 26, 2020

*Dolly M. Gee*
DOLLY M. GEE
UNITED STATES DISTRICT COURT

2.